RECEIVED

JUN 1 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DAVID FEZELL STUBBS                     CIVIL ACTION NO.: 1:12-3158

VERSUS

WARDEN LOUISIANA STATE                  JUDGE STAGG
PENITENTIARY                            MAGISTRATE JUDGE JAMES D. KIRK


J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Stubbs petition for habeas corpus relief (Doc. 1) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 9th day of June, 2014.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE